J-S37035-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| JEROME TERRY COFFEY | |
| Appellant | No. 1715 WDA 2015 |

Appeal from the PCRA Order October 8, 2015
In the Court of Common Pleas of Forest County
Criminal Division at No(s): CP-27-CR-0000067-2011

BEFORE:  GANTMAN, P.J., SHOGAN, J., and LAZARUS, J.

JUDGMENT ORDER BY LAZARUS, J.:                    **FILED APRIL 28, 2016**

Jerome Terry Coffey, an inmate at SCI-Houtzdale, appeals from the order of the Court of Common Pleas of Forest County that dismissed his petition filed pursuant to the Post Conviction Relief Act.[1]  After careful review, we affirm.

On September 17, 2012, the trial court convicted Coffey of disorderly conduct based on an incident that occurred while he was an inmate at SCI-Forest.  The court imposed a fine of $100.00 plus costs of prosecution.  Coffey filed an appeal of his judgment of sentence, which this Court affirmed.  ***Commonwealth v. Coffey***, 87 A.3d 873 (Pa. Super. 2013).  Coffey then filed a petition for allowance of appeal, which our Supreme Court

_____

[1] 42 Pa.C.S. §§ 9541-9546.

denied on April 14, 2014. *Commonwealth v. Coffey*, 89 A.3d 659 (Pa. 2014).

On April 6, 2015, Coffey filed a PCRA petition, which the court dismissed on October 8, 2015. He then filed a timely appeal to this Court.

Section 9543(a)(1)(i) of the PCRA provides that to be eligible for relief, a petitioner must plead and prove by a preponderance of the evidence that he has been convicted of a crime under the laws of this Commonwealth and that at the time relief is granted he is currently serving a sentence of imprisonment, probation or parole for the crime. 42 Pa.C.S. § 9543(a)(1)(i).

Because Coffey is not serving a sentence for the offense of disorderly conduct, he is not eligible for relief under the PCRA. *See Commonwealth v. Fisher*, 703 A.2d 714 (Pa. Super. 1997) (PCRA precludes relief for petitioners whose only sentence is a fine).

Order affirmed.[2]

Judgment Entered.

_____

[2] On March 23, 2016, Coffey filed a "Motion to Stop Mail Room Supervisor from Opening Legal Mail Outside Petitioner's Presents [sic]." We dismiss the motion for lack of jurisdiction. *See* 42 Pa.C.S. § 741 (original jurisdiction of Superior Court) and 42 Pa.C.S. § 742 (Superior Court jurisdiction over appeals from courts of common pleas).

Joseph D. Seletyn, Esq.
Prothonotary


Date: <u>4/28/2016</u>